5 So.2d 116

### Essie MITCHELL v. NATIONAL LIFE & ACCIDENT INS. CO.

7 Div. 685.

Supreme Court of Alabama.

Dec. 18, 1941.

Chas. F. Douglass, of Anniston, for petitioner.

Merrill & Merrill, of Anniston, opposed.

LIVINGSTON, Justice.

Petition of Essie Mitchell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Mitchell v. National Life & Acc. Ins. Co., 5 So.2d 115.

Writ denied.

GARDNER, C. J., and BOULDIN and FOSTER, JJ., concur.